United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KIA RUSHING,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | 2:18-cv-00458-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time from January 30, 2019 to March 1, 2019 respond to Plaintiff's opening brief. This is Defendant's first request for an extension of time. Defendant's counsel requests this additional time due to workload. Since Plaintiff filed her brief, Defendant's counsel has filed four briefs in other social security cases. Defendant's counsel has an oral argument in a social security case and am employment hearing within the next week. Defendant's counsel has four briefs in other social security cases due within the next month. Defendant's counsel has reviewed Plaintiff's brief, which is extensive and it will take a few days to prepare a response.

1 | This request is made in good faith with no intention to unduly delay the proceedings.
2 | The parties further stipulate that the Court's Scheduling Order shall be modified
3 | accordingly.
4 | Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: January 28, 2019        */s/ Oliver Ehlinger by Chantal R. Jenkins\**
                                                *As authorized *via* email on January 28, 2019
                                                Oliver Ehlinger
                                                Attorney for Plaintiff


Dated: January 28, 2019        MCGREGOR W. SCOTT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

By:    */s/ Chantal R. Jenkins*
         CHANTAL R. JENKINS
         Special Assistant United States Attorney


ORDER

APPROVED AND SO ORDERED:

Dated: January 30, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE