United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KIA RUSHING,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | 2:18-cv-00458-DMC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO VOLUNTARY ENTRY OF JUDGMENT FOR PLAINTIFF |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reconsider the relevant Listings. The Appeals Council will instruct the ALJ to take further action as necessary to complete the administrative record, including providing the claimant an opportunity to testify and submit additional evidence, and reevaluating the evidence at the remaining steps of the sequential evaluation process.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated:  February 27, 2019                                      */s/ Oliver Ehlinger by Chantal R. Jenkins\**
                                                               *As authorized *via* email on February 27, 2019
                                                               Oliver Ehlinger
                                                               Attorney for Plaintiff


Dated: February 27, 2019                                       MCGREGOR W. SCOTT
                                                               United States Attorney
                                                               DEBORAH LEE STACHEL
                                                               Regional Chief Counsel, Region IX
                                                               Social Security Administration


                                                      By:      */s/ Chantal R. Jenkins*
                                                               CHANTAL R. JENKINS
                                                               Special Assistant United States Attorney



## ORDER

APPROVED AND SO ORDERED:


Dated:   February 28, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE